

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00049-CV

| | | |
|---|---|---|
| HIGH RISK PREGNANCY DOCTORS, PLLC AND VIOLETTA LOZOVYY, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-358662-24) |
| v. | § | March 6, 2025 |
| LINCOLN PROPERTY COMPANY D/B/A LINCOLN HARRIS CSG AND DOUGLAS MACLAY, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker